KATHLEEN DRAKULICH, NV Bar #2759
THOMAS R. SHEETS, NV Bar #779
LEIGH T. GODDARD, NV Bar #6315
McDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile:   (775) 788-2020

*Attorneys for Plaintiff*
*Newmont Nevada Energy*
*Investment, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NEWMONT NEVADA ENERGY INVESTMENT, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br>v.<br><br>SIERRA PACIFIC POWER COMPANY d/b/a NV ENERGY, a Nevada corporation,<br><br>            Defendant. | Case No.: 3:12-CV-00349-RCJ-VPC<br><br>**STIPULATION FURTHER EXTENDING BRIEFING ON MOTION TO DISMISS (Doc. #3) AND MOTION TO REMAND (Doc. #6)** |

Plaintiff, Newmont Nevada Energy Investment, LLC ("Newmont"), by and through its counsel, McDonald Carano Wilson, and Defendant, Sierra Pacific Power Company ("SPPC"), by and through its counsel, Snell & Wilmer, L.L.P, hereby stipulate and agree as follows:

1.     This action was commenced in the United States District Court by the filing of a Notice of Removal by SPPC.  (Doc. #1).

2.     Currently pending before the Court is SPPC's Motion to Dismiss.  (Doc. #3).

3.     Also pending before the Court is Newmont's Motion to Remand.  (Doc. #6).

///

1     4.   In a stipulation filed July 19, 2012, the parties agreed that the Opposition to the Motion to Dismiss (Doc. #3) and the Opposition to the Motion to Remand (Doc. #6) would be filed no later than August 6, 2012.

     5.   With this second stipulation, the parties have agreed to further extend the time to file the Opposition to the Motion to Dismiss and the Opposition to the Motion to Remand to August 17, 2012.

| DATED this 3rd day of August 2012 | DATED this 3rd day of August 2012 |
|---|---|
| McDONALD CARANO WILSON LLP | SNELL & WILMER L.L.P. |
| /s/ Leigh Goddard | /s/ Suellen Fulston |
| LEIGH GODDARD<br>KATHLEEN DRAKULICH<br>THOMAS R. SHEETS<br>100 W. Liberty Street, 10th floor<br>P.O. Box 2670<br>Reno, NV  89505-2670 | WILLIAM E. PETERSON<br>SUELLEN FULSTONE<br>6100 Neil Road, Suite 555<br>Reno, NV 89511 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*****

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2012

2