# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEWMONT NEVADA ENERGY INVESTMENT, LLC, a Nevada Limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC POWER COMPANY d/b/a/ NV ENERGY, a Nevada corporation,<br><br>Defendants. | Case No.: 3:12-CV-00349-RCJ<br><br>**MINUTE ORDER**<br><br>September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 3, 6) set for Tuesday, September 18, 2012 is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge