1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEWMONT NEVADA ENERGY
INVESTMENT, LLC, a Nevada Limited
liability company,

            Plaintiff,

    vs.

SIERRA PACIFIC POWER COMPANY
d/b/a/ NV ENERGY, a Nevada corporation,

         Defendants.

Case No.: 3:12-CV-00349-RCJ

**MINUTE ORDER**

September 17, 2012

**MINUTE ORDER IN CHAMBERS:**

    IT IS HEREBY ORDERED that oral argument on (Docket 3, 6) set for Tuesday,
September 18, 2012 is VACATED.

    The court will issue a written order on the pleadings.

    **IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge